IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-13

UNITED STATES OF AMERICA,

    Plaintiff,

v.

13.    MARIA FARIAS-CONTRERAS

    Defendant.

---

# ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 995]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 995] is granted. Counts Two, Three, and Twenty-Nine of the Second Superseding Indictment are dismissed as to defendant Maria Farias-Contreras only.

    DATED June 12, 2015.

                                      BY THE COURT:

                                      PHILIP A. BRIMMER
                                      United States District Judge